**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| BOOZ ALLEN HAMILTON INC, | ) |
| Plaintiff, | ) Case No. **25-170 C** |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff Booz Allen Hamilton Inc. ("Booz Allen"), by undersigned counsel, hereby moves this Court, pursuant to Appendix C ¶ 4 of the Rules of the United States Court of Federal Claims ("RCFC"), for leave to file its Bid Protest Complaint under seal. In support of this motion, Booz Allen states that its Complaint contains confidential, proprietary, and source-selection sensitive information relating to Plaintiff and its proposal in response to the solicitation at issue in this action. Booz Allen accordingly requests that the Court seal the Complaint.

WHEREFORE, Booz Allen respectfully requests that the Court grant Plaintiff's Motion for Leave to File Complaint Under Seal. A Proposed Order granting this Motion and a proposed redacted version of Plaintiff's Complaint is attached hereto. In the event the Court should deny this Motion, Booz Allen respectfully requests that the Court grant Booz Allen leave to withdraw its filings until such time as further arrangements can be made.

Dated:  January 29, 2025                      Respectfully submitted,

*Of Counsel:*                                 ARNOLD & PORTER KAYE SCHOLER LLP
Stuart W. Turner
Roee Talmor                                   /s/      *Kristen E. Ittig*
                                              Kristen E. Ittig.
                                              Arnold & Porter Kaye Scholer LLP
                                              601 Massachusetts Ave., N.W.
                                              Washington, D.C. 20001
Arnold & Porter Kaye Scholer LLP              Phone: (202) 942-6679
601 Massachusetts Ave., N.W.                  Fax: (202) 942-5999
Washington, D.C. 20001                        Email: kristen.ittig@arnoldporter.com


                                              *Attorney of Record for Booz Allen Hamilton Inc.*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| BOOZ ALLEN HAMILTON INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. _____ |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

This matter, having come before the Court on Plaintiff's Motion for Leave to File Complaint Under Seal, and the Court being fully apprised of the premises and having considered any opposition thereto, it is this _____ day of January 2025 by the United States Court of Federal Claims:

**ORDERED** that the Motion for Leave to File Complaint Under Seal is **GRANTED**; and

**FURTHER ORRDERED** that said documents shall be held under seal.

_____
Court of Federal Claims Judge