# In the United States Court of Federal Claims

No. 25-170C
(Filed: January 31, 2025)

```
*************************************
BOOZ ALLEN HAMILTON INC.,           *
                                    *
            Plaintiff,              *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant,              *
                                    *
      and                           *
                                    *
ACCENTURE FEDERAL                   *
SERVICES, LLC,                      *
                                    *
            Defendant-Intervenor.   *
                                    *
*************************************
```

## ORDER

    The Court is in receipt of the unopposed Motion to Intervene filed by Accenture Federal Services LLC ("AFS") in this bid protest. *See* Motion (ECF 9). As the awardee, AFS moves to intervene as a defendant-intervenor pursuant to Rule 24(a) of the Rules of the Court of Federal Claims. As AFS meets the requirements for intervention, the motion is hereby **GRANTED**.

    **IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge
